JUDGE SPRIZZO

08 CV 3496 (JES)

ECF Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE MERIT GROUP, LLC

                              Plaintiff

  - against -

                                         Civ

SINT MAARTEN INTERNATIONAL
TELECOMMUNICATIONS SERVICES, NV     RULE 7.1 STATEMENT
and THE TELEM GROUP, NV,

                              Defendants.

------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants certifies the following:

    Defendant Sint Maarten International Telecommunication Services (SMITCOM) N.V. is 100% owned by Sint Maarten Telecommunication Holding Company ("Holding"). Holding is 100% owned by the Island Territory of Sint Maarten. No publicly held corporation owns 10% or more of SMITCOMS' stock.

    "The Telem Group, NV," named as a defendant herein, is not a legal entity, but the Telem Group refers to the following corporations: Sint Maarten Telephone Company N.V., Telcell, N.V., and Telnet Communications N.V., each of which is 100% owned by Holding. No publicly held corporation owns 10% or more of the stock of any of these three corporations.

Dated: April 10, 2008
      New York, New York

                                                 /s/
Michael Krinsky, Esq. (MK-4503)
David B. Goldstein, Esq. (DG-8291)
Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C.
111 Broadway, 11th Floor
New York, NY 10006
(212) 254-1111
*Attorneys for Defendants*