UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THE MERIT GROUP, LLC

                Plaintiff

- against -

                                      08 cv 3496 (JES)

SINT MAARTEN INTERNATIONAL
TELECOMMUNICATIONS SERVICES, NV
and THE TELEM GROUP, NV,

                Defendants.

-----------------------------------------------------------X

## STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT

Plaintiff THE MERIT GROUP, LLC and Defendants SINT MAARTEN INTERNATIONAL TELECOMMUNICATION SERVICES (SMITCOM) N.V. and THE TELEM GROUP, NV, by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendants to Answer or otherwise to respond to the Summons and Complaint, originally filed in Supreme Court of the State of New York, New York County, until May 29, 2008, and state as follows:

Defendants removed this matter to this Court on April 10, 2008. Pursuant to F.R.C.P. 81(c)(2), Defendants' time to answer or otherwise respond to the Complaint is currently April 17, 2008. Defendants are located in Sint Maarten, Netherlands Antilles, and have only recently retained counsel in this matter. Counsel needs time to consult with Defendants to respond to the Complaint. Counsel will be out of the country most of next week on business, and then on a family vacation from April 19 through April 29.

APR-12-2008 03:27 AM   flamm                    2127551670                          P. 1
04/11/2008 14:35 FAX  212 674 4614      RABINOWITZ BOUDIN

Defendants hereby agree to accept service of the Summons and Complaint and not to contest such service.

WHEREFORE, the parties hereby Stipulate and Agree that the time for Defendants to Answer or otherwise respond to the Complaint shall be extended to May 29, 2008.

Dated: April 11, 2008
New York, New York

Michael Krinsky, Esq. (MK-4503)
David B. Goldstein, Esq. (DG-8291)
RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, NY 10006
(212) 254-1111
*Attorneys for Defendants*

Leonard N. Flamm (LF-9523)
Law Offices of Leonard N. Flamm
880 Third Avenue, Suite 1300
New York, NY 10022
(212) 752-3380
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

4-15-08