```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
THE MERIT GROUP, LLC,

                    Plaintiff,

        - against -                           08 Civ. 3496 (JES)

                                                  ORDER
SINT MAARTEN INT'L TELECOMM. SERVICES, NV
and THE TELEM GROUP, NV,

                    Defendants.
------------------------------------------X
```

Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Motion Conference on April 17, 2008, and plaintiff having sought leave of the Court to submit a Motion to Remand pursuant to 28 U.S.C. § 1447, and the Court having considered all matters raised, it is

**ORDERED** that, as discussed at the aforementioned Conference, plaintiff shall be and hereby is granted leave to submit its Motion to Remand, not to exceed twenty five (25) pages, on or before May 9, 2008; and it is further

**ORDERED** that defendants shall submit their Response to plaintiff's Motion, not to exceed twenty five (25) pages, on or before May 30, 2008; and it is further

**ORDERED** that Oral Argument shall occur on June 26, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         April 22, 2008

                                            /s/ John E. Sprizzo
                                            John E. Sprizzo
                                            United States District Judge