UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THE MERIT GROUP, LLC

                          Plaintiff

  - against -

                                                                      08 CV 3496 (JES)

SINT MAARTEN INTERNATIONAL                   **AFFIDAVIT OF**
TELECOMMUNICATIONS SERVICES, NV            **SERVICE**
and THE TELEM GROUP, NV,

                          Defendants.
-----------------------------------------------------------X

State of New York    )
                          ) ss.:
County of New York  )

      Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (New York state license number 1024905), and resides in the State of New Jersey:

      (1)    That on the 10th day of April 2008, at 2:10 p.m., deponent served a true copy of the following documents upon the Law Offices of Leonard N Flamm, 880 3rd Ave., Suite 1300, New York, NY 10022: Civil Cover Sheet; Notice of Removal (with attached state court Summons and Complaint); Rule 7.1 Statement; Individual Rules and Procedures of Judge John E. Sprizzo; Individual Practices of Magistrate Judge Henry Pitman; 3rd Amended Instructions for Filing an Electronic Case or Appeal, including Guidelines for Electronic Case Filing and

Procedures for Electronic Case Filing. The documents were accepted by the receptionist, Ms. Robin, an African American woman, approximately 35 years old, 140 pounds with black hair:

_____
Luis R. Ayala

Sworn to and Subscribed Before Me
the 22nd day of May 2008

_____
NOTARY PUBLIC

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009