```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
THE MERIT GROUP, LLC,

                    Plaintiff,

         - against -                          08 Civ. 3496 (JES)

                                                    ORDER

SINT MAARTEN INT'L TELECOMM. SERVICES, NV
and THE TELEM GROUP, NV,

                    Defendants.
------------------------------------------X
```

The above-captioned action having come before the Court, and the Court having considered all matters raised, it is

**ORDERED** that the Oral Argument on plaintiff's Motion to Remand previously scheduled for June 26, 2008 shall be and hereby is adjourned until July 16, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         ~~June~~        , 2008

         7-1-08

                                    _____
                                          John E. Sprizzo
                                    United States District Judge