UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE MERIT GROUP, LLC,

              Plaintiff,

   - against -

SINT MAARTEN INT'L TELECOMM. SERVICES, NV
and THE TELEM GROUP, NV,

             Defendants.
----------------------------------------X

08 Civ. 3496 (JES)

**ORDER**

    The above-captioned action having come before the Court, and plaintiff having submitted its Motion to Remand dated May 7, 2008, and defendants having submitted their Response to such Motion dated May 30, 2008, and counsel to all parties having appeared before the Court for Oral Argument on such Motion on July 17, 2008, and the Court having considered all matters raised, it is

    **ORDERED** that, for the reasons stated on the record at the aforementioned Oral Argument, plaintiff's Motion shall be and hereby is denied.

Dated:    New York, New York
            July 22, 2008

                                    John E. Sprizzo
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/08