S Prizzo /s

8/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE MERIT GROUP, LLC

                Plaintiff

- against -

                                    08 cv 3496 (JES)

SINT MAARTEN INTERNATIONAL
TELECOMMUNICATIONS SERVICES, NV
and THE TELEM GROUP, NV,

                Defendants.

------------------------------------------------------------X

**STIPULATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Plaintiff THE MERIT GROUP, LLC and Defendants SINT MAARTEN INTERNATIONAL TELECOMMUNICATION SERVICES (SMITCOM) N.V. and THE TELEM GROUP, NV, by and through their undersigned counsel, hereby stipulate and agree to the schedule set out below for service and filing of briefs on Defendants' Motion to Dismiss Complaint. The Court, Sprizzo, J., authorized the filing of the Motion to Dismiss during the hearing on Plaintiff's Motion to Remand, held on July 17, 2008.

Defendants' Motion and Memorandum of Law in Support:   September 12, 2008

Plaintiff's Memorandum of Law:                               October 24, 2008

Oral Argument, if the Court finds desirable, shall be scheduled at a time convenient to the Court. *Oral Argument shall occur on December 2, 2008 at 3:00 p.m. in Courtroom 14C 500 Pearl Street.*

*JWS*

WHEREFORE, the parties hereby Stipulate and Agree that the schedule for briefing Defendants' Motion to Dismiss Complaint shall be as stated above.

Dated: July 31, 2008
      New York, New York

*[signature]*
_____
David B. Goldstein, Esq. (DG-8291)
RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, NY 10006
(212) 254-1111
*Attorneys for Defendants*

*[signature]*
_____
Leonard N. Flamm (LF-9523)
Law Offices of Leonard N. Flamm
880 Third Avenue, Suite 1300
New York, NY 10022
(212) 752-3380
*Attorneys for Plaintiff*

*[signature]*
USDJ
8-1-08